UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GEORGE MANUEL EDDINS, JR.,

    Petitioner,

v.                                Case No.: 3:14cv369/MCR/EMT

JULIE L. JONES,

    Respondent.
_____/

# O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated July 13, 2015. (Doc. 24). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Petitioner's motion to voluntarily dismiss his § 2254 petition (doc. 23) is **GRANTED** and this action dismissed without prejudice.

**DONE and ORDERED** on this 11th day of August, 2015.

                     *s/ M. Casey Rodgers*
                     **M. CASEY RODGERS**
                     **CHIEF UNITED STATES DISTRICT JUDGE**